NO. PD-1486-14

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

---

ERNEST BENL MCINTYRE
Petitioner, Appellant

V.

THE STATE OF TEXAS
Appellee

---

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

---

MOTION FOR LEAVE TO FILE
FIRST AMENDED MOTION FOR REHEARING

---

ERNEST BENL MCINTYRE
202 Avenue F, Apt.#2
Moody, Tx. 76557
(254) 853-9146

PETITIONER, APPELLANT PRO SE

NO. PD-1486-14

| | | |
|---|---|---|
| ERNEST BENL MCINTYRE | § | IN THE |
| | § | |
| V. | § | COURT OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

## MOTION FOR LEAVE TO FILE
## FIRST AMENDED MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF THE COURT:

**COMES now,** Ernest Benl McIntyre, Petitioner, Appellant, Movant pro se, and files this motion requesting permission from the Court to amend his motion for rehearing now pending before this Court, and in support would show:

### I.

Movant filed a petition for discretionary review with this Court on January 16, 2015, which was refused February 25, 2015.

### II.

Rehearing was due on or before April 13, 2015, but was not filed until April 17, 2015, due to postal error; said motion was post-dated April 9, 2015. Said motion is now pending before this Court.

### III.

Due to oversight, Movant failed to include relevant Supreme Court caselaw supporting his argument that the State's withholding of BRADY material can affect defense counsel's pre-trial decision

1.

whether to advise the defendant to plead guilty or proceed to trial. No other substantial changes have been made.

PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court grant him permission to amend his motion for rehearing.

Respectfully Submitted,

Ernest Benl McIntyre
202 Avenue F, Apt.#2
Moody, Tx. 76557
(254) 853-9146

PETITIONER, APPELLANT, MOVANT PRO SE

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served on each party as indicated below on this 24th day of April 2015, via U.S. mail, postage pre-paid.

State Prosecuting Attorney
P.O. Box 12405
Austin, Tx. 78711

Bob Odom
Crim.Dist.Attorney
P.O. Box 540
Belton, Tx. 76513

Tim Copeland
Attorney at Law
930 S. Bell Blvd.,Ste.408
Cedar Park, Tx. 78613

APPELLATE COUNSEL FOR MOVANT
(WITHDRAWN)

Ernest Benl McIntyre

2.